

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     \*

vs.     Case No. PX 19-cr-00570-1

    \*

Vantino Johnson     \*

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for October 6, 2023 (date) at 11:00 a.m. (time) before Timothy J. Sullivan, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom TBD.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

October 4, 2023
Date

Timothy J. Sullivan
United States Magistrate Judge